In the Estate of Paul A. GIANELLA, Deceased,

**Frank A Gianella, Personal Representative and Respondent,**

**Paula M. Gianella, Devisee and Appellant.**

No. ED 78407.

Missouri Court of Appeals, Eastern District, Division Two.

April 17, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 13, 2001.

Application for Transfer Denied Aug. 21, 2001.

Jack F. Allen, Clayton, MO, for appellant.

Raymond A. Bruntrager, Mary L. Bruntrager, St. Louis, MO, for respondent.

Before AHRENS, P.J., CRANDALL and JAMES R. DOWD, JJ.

## ORDER

PER CURIAM.

Appellant, Paula M. Gianella, appeals from the judgment of the trial court awarding attorney's fees incurred in a prior appeal for the representation of respondent, Estate of Paul Gianella, Frank A. Gianella, Personal Representative.

We have reviewed the record on appeal and find that the judgment of the trial court is supported by substantial evidence and is not against the weight of the evi-

dence. No error of law appears and a written opinion would have no precedential value. The judgment is affirmed.[1] Rule 84.16(b).

1. Respondent's motion to dismiss the appeal

for lack of jurisdiction is denied.